# Third District Court of Appeal

## State of Florida

Opinion filed May 6, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0140
Lower Tribunal No. 25-15001 TP D203
_____

**J. L., the Father,**
Petitioner,

vs.

**Department of Children and Families, et al.,**
Respondents.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Denise Martinez-Scanziani, Judge.

Marro Law, P.A., and Meaghan K. Marro (Plantation), for petitioner.

Karla Perkins, B.C.S., for respondent Department of Children and Families; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals (Tallahassee), for respondent Guardian ad Litem.

Before SCALES, C.J., and LOGUE and LINDSEY, JJ.

PER CURIAM.

The Petitioner seeks a writ of certiorari to review the trial court's order denying his pre-trial motion in limine to exclude certain records at trial. The petition is dismissed for lack of jurisdiction because the Petitioner has not established irreparable harm that cannot be corrected on appeal. See Fla. Power & Light Co. v. Glazer, 671 So. 2d 211, 215 (Fla. 3d DCA 1996) (dismissing petition for certiorari seeking review of trial court's order denying a motion in limine to exclude evidence because the petition failed to establish irreparable harm that could not be remedied on appeal); Aguilar v. Leal, 426 So. 3d 1277, 1278 (Fla. 3d DCA 2026) ("The exclusion of Aguilar's expert's evidence, if erroneous, can be corrected on appeal of a final judgment. . . . Because there is no irreparable harm shown, we dismiss the petition for lack of jurisdiction[.]").

Dismissed.